# Exhibit A



230 South LaSalle Street, Suite 7-500
Chicago, IL 60604
312.263.0456  |  800.621.7440
Fax: 312.263.7462  |  hlcommission.org

## Public Disclosure
## Union Institute & University
## Designation: Financial Distress
## Effective: September 7, 2023

The Higher Learning Commission (HLC) has assigned a Financial Distress designation to Union Institute & University in Cincinnati, Ohio, based on the institution being placed on Heightened Cash Monitoring 2 (HCM2) by the U.S. Department of Education and related information.

A Financial Distress designation is a consumer protection mechanism meant to apprise the public that current conditions at an accredited college or university raise serious concerns about its resource base to support its educational programs per HLC's Criteria for Accreditation, Core Component 5.B.  HLC does not undertake any independent evaluation of the institution in advance of assigning a designation.

Union Institute & University remains accredited while assigned the Financial Distress designation.

### What the Financial Distress Designation Means for Students

In most cases, colleges and universities will continue to accept Union Institute & University's credits for transfer and admission to other higher degree programs and institutions. As all colleges and universities define their own transfer credit and admission policies, students interested in other institutions are advised to seek information on individual transfer and admission policies.

### Next Steps

The institution will host a Focused Visit in October 2023 on its compliance with certain HLC requirements, including Core Component 5.B. HLC anticipates the designation will remain in place until the Focused Visit process concludes. Once final action is taken on the Focused Visit by an appropriate decision-making body, HLC will determine whether the designation can be removed or if other action is necessary.

### About the Higher Learning Commission

*The Higher Learning Commission accredits approximately 1,000 colleges and universities throughout the United States. HLC is a private, nonprofit accrediting agency that is recognized by the U.S. Department of Education and the Council for Higher Education Accreditation. Questions? Contact info@hlcommission.org or call 312.263.0456.*

Date of Posting: September 8, 2023