# Exhibit B



230 South LaSalle Street, Suite 7-500
Chicago, IL 60604-1411
312.263.0456 | 800.621.7440
Fax: 312.263.7462 | hlcommission.org

May 5, 2017

Dr. Roger Sublett
President
Union Institute & University
440 E. McMillan Street
Cincinnati, OH 45206

Dear President Sublett:

This letter serves as formal notification and official record of action taken concerning Union Institute & University by the Institutional Actions Council of the Higher Learning Commission at its meeting on May 1, 2017. The date of this action constitutes the effective date of the institution's new status with HLC.

**Action with Interim Monitoring.** IAC continued the accreditation of Union Institute & University with the next Reaffirmation of Accreditation in 2026-27. In conjunction with this action, IAC required the following interim monitoring.

**Interim Report.** An Interim Report due 6/1/2018 on faculty evaluation (3.C), evaluation of graduate success (4.A) to include the Federal Compliance area of Student Outcomes Data, and on institutional goals for retention, persistence and completion (4.C).

Further, IAC voted to change the team's evaluation of Criterion 4C from "Met" to "Met with Concerns" with the following evidence and determined a monitoring report should be submitted.

**Rationale:** IAC added the interim report on institutional goals for retention, persistence, and completion and changing 4C to met with concerns because: Core Component 4C identified institutions must have defined goals for persistence, retention, and completion and therefore these items must be provided by the institution.

In two weeks, this action will be added to the *Institutional Status and Requirements (ISR) Report*, a resource for Accreditation Liaison Officers to review and manage information regarding the institution's accreditation relationship. Accreditation Liaison Officers may request the ISR Report on HLC's website at http://www.hlcommission.org/isr-request.

Information on notifying the public of this action is available at http://www.hlcommission.org/HLC-Institutions/institutional-reporting-of-actions.html.

If you have any questions about these documents after viewing them, please contact the institution's staff liaison Eric Martin. Your cooperation in this matter is appreciated.

Sincerely,

Barbara Gellman-Danley
President

CC: ALO