# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| BRITTANY ALON, ET. AL, ) | |
| ) | CAUSE NO.: 1:24-CV-00334-MWH |
| Plaintiffs, ) | |
| v. ) | JUDGE MATTHEW W. MCFARLAND |
| UNION INSTITUTE AND UNIVERSITY, ET. AL, ) | |
| Defendants. ) | |

**PLAINTIFFS' NOTICE OF FILING A MOTION FOR RELIEF FROM STAY TO PURSUE INSURANCE PROCEEDS AND ABANDONMENT OF INSURANCE PROCEEDS**

Plaintiffs, through undersigned counsel, provide notice to this Court that April 16, 2025 they filed an appearance as creditors and a Motion for Relief from Stay to Pursue Insurance Proceeds and Abandonment of Insurance Proceeds in the United States Bankruptcy Court for the Southern District of Ohio styled In re: The Matter of Union Institute & University, et al., Case No. 1:25-bk-10562. The matter is pending before the honorable Judge Beth A. Buchanan. The Section 341 Bankruptcy Meeting is scheduled for today, April 17, 2025 at 2:30 PM. Attached for the Court's review are: United States Bankruptcy Court ECF No. 27, Notice of Appearance and Request for Notice, attached as **Exhibit A**; United States Bankruptcy Court ECF No. 28, Motion for Relief from Stay to Pursue Insurance Proceeds and Abandonment of Insurance Proceeds attached as Exhibit B; and United States Bankruptcy CourtECF 29, Certificate of Service, attached as **Exhibit C**.

Respectfully submitted,

*/s/Robert E. DeRose*
Robert E. DeRose (OH Bar No. 0055214)
Anna R. Caplan (OH Bar No. 0104562)
**BARKAN MEIZLISH DEROSE COX, LLP**
4200 Regent Street, Suite 210

        Columbus, OH 43219
(P) 614-221-4221
(F) 614-744-2300
(E) bderose@barkanmeizlish.com
    acaplan@barkanmeizlish.com


*/s/Michelle K. Floyd*
Rachel J. Guin *Pro Hac Vice*
Michelle K. Floyd *Pro Hac Vice*
**ROTHBERG LAW FIRM**
505 E. Washington Blvd.
Fort Wayne, IN 46859
(P) (260) 422-9454
(F) (260) 422-1622
(E) rguin@rothberg.com
    mfloyd@rothberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

*/s/Robert E. DeRose*
Robert E. DeRose (OH Bar No. 0055214)