# Exhibit C

Plaintiffs-Optins Contact information List - 6/17/2025

| FIRST | LAST | STATE |
|---|---|---|
| Meghan | Efseaff | CA |
| Jessica | Leopaldi | CA |
| Jesse | Miller | CA |
| Ana | Ramos | CA |
| Vanessa | Tortora | CA |
| Concetta | Surace | CT |
| Jennifer | Rothock | FL |
| Mary | Kraut | IN |
| Rebecca | White | KY |
| Rebecca | Daigle | MN |
| Elizabeth | Hilton | MO |
| Jasmine | Thomas | NC |
| Kevin | Daniels | NV |
| Miranda | Anderson | NY |
| Crystal | Giuliano | NY |
| Francesca | O'Donovan | NY |
| Karen | Walsh | NY |
| Chelsea | Mannion | OH |
| Laura | Wright | OH |
| Kimea | Hemmati | OR |
| Jesse | Cook | PA |
| Katrina | Ellis | PA |
| Sara | Kipp | PA |
| Brittany | Alon | TX |
| Marena | Bridges | WI |