IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| BRITTANY ALON, et al., | : | Case No. 1:24-cv-334 |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| v. | : | |
| UNION INSTITUTE AND UNIVERSITY, et al., | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X   Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**
1) Defendants' Motion to Dismiss (Doc. 20) is GRANTED;
2) This matter is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction;
3) Plaintiffs' Motion to Proceed (Doc. 36) is DENIED AS MOOT; and
4) This matter is TERMINATED from the Court's docket.

Dated:  September 18, 2025.

Richard W. Nagel, Clerk of Court
By:  */s/ Kellie A. Fields*
Deputy Clerk